AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ANTIONNE DE SHAUN BRODNAX<br>(AKA: Bugzie The Don)<br><br>Defendant | Case: 1:21-mj-00192<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/2/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ANTIONNE DE SHAUN BRODNAX
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 2/2/2021

2021.02.02
20:45:42 -05'00'
*Issuing officer's signature*

Zia M. Faruqui , U.S. Magistrate Judge

City and state:    Washington, D.C.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/11/2021 , and the person was arrested on *(date)* 3/11/2021
at *(city and state)* Sandston, VA

Date: 3/11/2021

*Arresting officer's signature*

Special Agent Matthew Heise
*Printed name and title*